UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOD KHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GREENSPAN COMPANY, et al.,<br><br>        Defendants. | Case No. 20-cv-01121-VC<br><br>**ORDER RE BRIEF AT DOCKET NO. 22**<br><br>Re: Dkt. No. 22 |

The plaintiff's brief in opposition to the Motion to Seal and Strike the First Amended Complaint is too long, in violation of this Court's standing order. The plaintiff is ordered to re-file its brief by Wednesday, April 8, 2020.

**IT IS SO ORDERED.**

Dated: April 6, 2020

VINCE CHHABRIA
United States District Judge