UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOD KHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GREENSPAN COMPANY, et al.,<br><br>        Defendants. | Case No.  20-cv-01121-VC<br><br>**ORDER GRANTING RENEWED MOTION TO SEAL**<br><br>Re: Dkt. No. [40] |

      The Court is unable to determine, based on the limited information provided, whether the information sought to be sealed in the complaint is protected by the attorney-client privilege. Accordingly, in an abundance of caution, the renewed motion to seal the specified portions of the complaint is granted. This order should not be interpreted as reflecting a determination that this information should remain under seal in the state court proceeding.

      **IT IS SO ORDERED.**

Dated: August 17, 2020

VINCE CHHABRIA
United States District Judge