UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOD KHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GREENSPAN COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-01121-VC<br><br>**ORDER TO REFILE AND REDACT** |

  Defendant Greenspan Adjusters International, Inc. is ordered to refile within 7 days of this order a redacted version of the First Amended Complaint in accordance with the Court's grant of their Motion to Seal, and to indicate which specific docket entries contain sealed information and need to be locked. Defendant Greenspan is also ordered to refile a redacted version of the original complaint.

  **IT IS SO ORDERED.**

Dated: August 19, 2020

                _____
                VINCE CHHABRIA
                United States District Judge